# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERMANDI TYLER,
Petitioner,

vs.

WILLIAM SANDIE, WARDEN,
Respondent.

No. 73887

FILED

APR 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus challenging the computation of credits for time served. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

We previously remanded this matter to the district court so that it could grant appellant's motion to reconsider the denial of his habeas petition. *See Foster v. Dingwall*, 126 Nev. 49, 53, 228 P.3d 453, 455-56 (2010). The district court has now transmitted copies of an order granting the motion for reconsideration and an order directing the recalculation of appellant's credits for time served. The district court's orders rendered this appeal moot. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-16209

cc: Hon. Jim C. Shirley, District Judge
Germandi Tyler
Attorney General/Carson City
Pershing County Clerk

